AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS **SUMMONS IN A CIVIL CASE**

CHRISTINE VENTURA

V.

YASHAR & MORGAN P.C. and SBS FINANCIAL SERVICES, INC.

CASE NUMBER: 1:14-cv-08701

ASSIGNED JUDGE: Hon. Virginia M. Kendall

DESIGNATED MAGISTRATE JUDGE: Hon. Susan E. Cox

TO: (Name and address of Defendant)

SBS Financial Services, Inc.
1818 West Belmont Avenue
Chicago, IL 60657

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ahmad T. Sulaiman
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK
THOMAS G. BRUTON, CLERK

_signature_

(By) DEPUTY CLERK



DATE

January 15, 2015

DATE

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 14CV08701

**Plaintiff:**
**Christine Venture** `

vs.

**Defendant:**
**YASHAR & Morgan P.C. and SBS Financial Services Inc**

For:
Paul Pankiewicz
R.O.S. Consulting, Inc.
15420 S. Route 59
Plainfield, IL 60544

2015000331

Received by Courthouse Courier on the 20th day of January, 2015 at 10:22 am to be served on **Sbs Financial Services, 1818 W Belmont Ave, Chicago, IL 60657**.

I, Kyle Clutter, do hereby affirm that on the **20th day of January, 2015** at **11:25 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Lekshia Pinkston** as **Office Manager** at the address of: **1818 W Belmont Ave, Chicago, IL 60657**, who stated they are authorized to accept service for **Sbs Financial Services**, and informed said person of the contents therein, in compliance with all applicable law.

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit, and am a registered employee of Bill Clutter Investigations, Inc., a private detective agency, (Lic. #117-001206) under the Private Detective and Security Act of 1993. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Kyle Clutter
129-296616

Courthouse Courier
1032 S. 2nd Street
Springfield, IL 62704
(217) 528-5997

Our Job Serial Number: CLU-2015000331

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m