**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Christine Ventura, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:14-cv-08701 |
| v. ) | |
| ) | Judge Virginia Kendall |
| Yashar & Morgan, P.C. and SBS Financial ) | |
| Services, Inc., ) | |
| ) | |
| Defendants. ) | |

**FIRST AMENDED COMPLAINT**

NOW COMES the Plaintiff, CHRISTINE VENTURA ("Christine"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., complaining of the Defendants, YASHAR & MORGAN P.C. ("Yashar") and SBS FINANCIAL SERVICES, INC. ("SBS") as follows:

**NATURE OF THE ACTION**

1. Plaintiff brings this action for damages for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. ("FDCPA").

**JURISDICTION AND VENUE**

2. This action arises under and is brought pursuant to the FDCPA. Subject matter jurisdiction is conferred upon this Court by 15 U.S.C. §1692 (FDCPA) and 28 U.S.C. §§1331, 1337, as this action arises under the laws of the United States.

3. Venue is proper in this Court pursuant to 28 U.S.C. §1391 as Defendants conduct business in the Northern District of Illinois and all of the events or omissions giving rise to the claims occurred within the Northern District of Illinois.

1

PARTIES

4. Christine is a natural person who resides in the Northern District of Illinois and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3).

5. At all times relevant to the action, Yashar was an Illinois attorney with its principal office located at 829 North Milwaukee Avenue, Chicago, Illinois 60642.

6. Yashar is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6) because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer accounts.

7. At all times relevant to the action, SBS was a Illinois corporation with its principal office located at 1818 West Belmont Avenue, Suite 203, Chicago, Illinois 60657.

8. SBS is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6) because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer accounts.

FACTS SUPPORTING CAUSE OF ACTION

9. On October 11, 2006 Christine executed a promissory note ("subject note") for $5,000.00 in favor of First Bank & Trust. *See* Exhibit A, a true and correct copy of the October 11, 2006 note.

10. When Christine executed the subject note, she resided at 670 Waterford Drive, Hanover Park, Illinois 60133. *Id.*

11. Hanover Park is located in Circuit Court of Cook County's Third Municipal District. The Third Municipal District is serviced by the Cook County Courthouse located in Rolling Meadows, Illinois.

2

12. At some point, Christine allegedly failed to make payments on the loan. It was assigned to SBS Financial Services, Inc. ("SBS") for collection.

13. SBS claims that Christine owes the sum of $20,017.18, which was allegedly originated by CashCall.

14. On December 6, 2013, Yashar, on behalf of SBS, filed a complaint in the Circuit Court of Cook County, Illinois against Christine. The case was captioned *SBS Financial Services, Inc. v. Christine Ventura* case number 2013 M1 167521 ("Collection Case"). *See* Exhibit B, a true and correct copy of the December 6, 2013 Summons and Affidavit issued by Yashar in the Collection Case.

15. Yashar filed the Collection Case at the Richard J. Daley Center Courthouse. *Id.*

16. The Richard J. Daley Center Courthouse serves Cook County's First Municipal District. *See* Exhibit C, a true and correct copy of a map of the Circuit Court of Cook County Municipal Districts and Courthouses.

17. Civil matters that do not meet the damages threshold to be filed in the Law Division of the Circuit Court of Cook County are assigned to the Circuit Court's Civil/Municipal Division.

18. Cases filed in the First Municipal District are identified by the abbreviation "M1."

19. Christine currently resides at 2547 North Lancaster Lane, Round Lake Beach, Illinois 60073. Christine resided at this address when the collection case was filed in Cook County's First Municipal District. In fact, the summons that was issued when the collection case was filed indicates it the address where she was to be served. *See* Exhibit B.

20. Round Lake Beach, Illinois is located in Lake County. *See* Exhibit C.

21. The Waukegan Courthouse is the courthouse that serves the residents of Lake County in matters such as the instant Collection Case. *Id.*

22. Even though Christine currently resides in Lake County, Defendants could have sued her in Cook County's Third Municipal District. They did not sue her in either of the proper venues.

23. The Richard J. Daley Center Courthouse is 51 miles from Christine's home.

24. In contrast, the Waukegan Courthouse is 14 miles from Christine's home.

25. In order for Christine to travel to the Waukegan Courthouse from her home, she would merely have to drive on Grand Avenue and park in the free parking lot at the Waukegan Courthouse.

26. According to Google Maps, the trip would take about 26 minutes.

27. In order for Christine to travel to the Richard J. Daley Center Courthouse, she must take Interstate 94 East and Interstate 90 East to Chicago, locate expensive parking for her vehicle, and make her way there either on foot or via taxi.

28. According to Google Maps, this trip will take 1 hour and 1 minute excluding the time spent in traffic, locating parking, and then actually making the trek to the Richard J. Daley Center Courthouse upon arrival to downtown Chicago.

29. The courthouse closest to Christine's home is the Waukegan Courthouse.

### COUNT I -- VIOLATION OF THE FDCPA AGAINST YASHAR

30. Christine repeats and realleges paragraphs 1 through 29 as though fully set forth herein.

31. The Collection Case was an attempt to collect a "consumer debt" as defined by the FDCPA, 15 U.S.C. §1692a(5).

32. 15 U.S.C. §1692i(a)(2) requires that a debt collector sue a consumer in the judicial district or similar legal entity where the consumer resides at the commencement of the action.

33. The closest courthouse to Christine's home is the Waukegan Courthouse.

34. The closest courthouse to the location where Christine executed the subject note is the Rolling Meadows Courthouse, which services the Circuit Court of Cook County's Third Municipal District.

35. Yashar violated 15 U.S.C. §1692i(a)(2) when it filed the Collection Case at the Richard J. Daley Center Courthouse, a location that was not the closest courthouse to Christine's home or to where she executed the subject note. .

36. Yashar sued Christine, on behalf of SBS, at a remote courthouse in order to discourage her from appearing and defending the Collection Case.

37. Yashar's unlawful collection activities constitute abusive forum-shopping in violation of the FDCPA.

WHEREFORE, Plaintiff, CHRISTINE VENTURA, respectfully requests that this Honorable Court enter judgment in her favor as follows:

a. declaring that the practices complained of herein are unlawful and violate the aforementioned statutes and regulations;

b. awarding Plaintiff statutory and actual damages, in an amount to be determined at trial, for the underlying FDCPA violations;

c. awarding Plaintiff costs and reasonable attorney fees as provided under 15 U.S.C. §1692; and

d. awarding any other relief as this Honorable Court deems just and appropriate.

5

### COUNT II -- VIOLATION OF THE FDCPA AGAINST SBS

38. Christine repeats and realleges paragraphs 1 through 29 as though fully set forth herein.

39. The Collection Case was an attempt to collect a "consumer debt" as defined by the FDCPA, 15 U.S.C. §1692a(5).

40. 15 U.S.C. §1692i(a)(2) requires that a debt collector sue a consumer in the judicial district or similar legal entity where the consumer resides at the commencement of the action.

41. The closest courthouse to the location where Christine executed the subject note is the Rolling Meadows Courthouse, which services the Circuit Court of Cook County's Third Municipal District.

42. The closest courthouse to Christine is the Waukegan Courthouse.

43. SBS violated 15 U.S.C. §1692i(a)(2) when it filed the Collection Case at the Richard J. Daley Center Courthouse, a location some 37 miles further from Christine's home than the Waukegan Courthouse.

44. SBS directed Yashar to sue Christine at a remote courthouse in order to discourage her from appearing and defending the Collection Case.

45. SBS's unlawful collection activities constitute abusive forum-shopping in violation of the FDCPA.

WHEREFORE, Plaintiff, CHRISTINE VENTURA, respectfully requests that this Honorable Court enter judgment in her favor as follows:

a. declaring that the practices complained of herein are unlawful and violate the aforementioned statutes and regulations;

b. awarding Plaintiff statutory and actual damages, in an amount to be determined at trial, for the underlying FDCPA violations;

c. awarding Plaintiff costs and reasonable attorney fees as provided under 15 U.S.C. §1692; and

d. awarding any other relief as this Honorable Court deems just and appropriate.

Dated: May 28, 2015                    Respectfully Submitted,

/s/ Matthew H. Hector
Matthew H. Hector ARDC #6283058
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188