IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Christine Ventura | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 14-cv-08701 |
| v. | ) | |
| | ) | Judge Virginia Kendall |
| Yashar & Morgan, P.C. and | ) | |
| SBS Financial Services, Inc. | ) | |
| Defendants. | ) | |

OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, Yashar & Morgan , P.C. and SBS Financial Services, Inc. hereby offers to allow Judgment to be entered against it in this action in the amount of $1,001.00 including all of Plaintiff's claims for relief. Further, the Defendants offer the Plaintiff's reasonable attorneys fees and costs. This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as either an admission that the Defendants, Yashar & Morgan, P.C. and SBS Financial Services, Inc. is liable in this action, or that the Plaintiff has suffered any damage. This Offer of Judgment shall not be filed with the Court unless: (a) it is accepted; (b) in a proceeding to determine costs.

Dated: July 22, 2015

Respectfully Submitted,
Yashar & Morgan, P.C. and
SBS Financial Services, Inc.

By:

Michael V. Ohlman #6294512
MICHAEL V. OHLMAN, P.C.
308 West Erie, Suite 300
Chicago, Illinois 60654
(312)869-4155
mvohlman@ohlmanlaw.com