# EXHIBIT A

## Sulaiman Law Group, LTD.

900 Jorie Blvd
Suite 150
Oak Brook, IL 60523

(630) 575-8181

Statement as of October 14, 2015
Statement No. 2785

Ventura, Christine
2547 N. Lancaster
Round Lake Beach, IL 60073

1554-001: Ventura, Christine v. Yashar & Morgan (Case No. 1:14-cv-8701)

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/17/2014 | MHH | Research bankruptcy issue. (1.75). | 1.75 | 450.00 | 787.50 |
| 10/9/2014 | MHH | Review file, begin drafting complaint. (1.5). | 1.50 | 450.00 | 675.00 |
| 10/20/2014 | MHH | Finalize complaint draft, edits, prepare for filing. (1.5). | 1.50 | 450.00 | 675.00 |
| 2/9/2015 | MHH | Review letter from defense counsel (.25); T/c and email with defense counsel (.25). (0.5). | 0.50 | 450.00 | 225.00 |
| 2/17/2015 | MHH | Review case file (.25); T/c with client (.25); Email Defense counsel (.25). (0.75). | 0.75 | 450.00 | 337.50 |
| 2/20/2015 | MHH | T/c with client (.25); Review notice of dep and bankruptcy case file (.25); Discuss with CM (.25). (0.75). | 0.75 | 450.00 | 337.50 |
| 2/27/2015 | MHH | Draft motion for default, review file. (0.5). | 0.50 | 450.00 | 225.00 |
| 3/16/2015 | MHH | Travel to Dirksen (2.0); Appear at and attend motion presentment (case passed to 9:30 call)(1.0); Return to office (1.0). (4). | 4.00 | 450.00 | 1,800.00 |
| 3/18/2015 | MHH | Draft and edit position paper (1.5); Discuss with NV, CM, MOB, PMB (.50). (2). | 2.00 | 450.00 | 900.00 |
| 3/19/2015 | MHH | Discuss with PMB (.25); Review Defendant's motion (.25). (0.5). | 0.50 | 450.00 | 225.00 |
| 3/25/2015 | MHH | Appear at and attend hearing at Dirksen. (1). | 1.00 | 450.00 | 450.00 |
| 4/22/2015 | MHH | Draft response to motion to dismiss. (2). | 2.00 | 450.00 | 900.00 |
| 4/30/2015 | MHH | Respond to opposing counsel's email. (0.25). | 0.25 | 450.00 | 112.50 |
| 5/20/2015 | MHH | Read Judge Kendall's opinion (.25); Amend complaint (.50); Amend exhibits (.25). (1). | 1.00 | 450.00 | 450.00 |
| 6/5/2015 | MHH | Review offer of judgment, research case law re: specifying hours (.75); Email OC re: offer of judgment (.25) (1). | 1.00 | 450.00 | 450.00 |
| 6/10/2015 | MHH | Discuss with DJM. (0.25). | 0.25 | 450.00 | 112.50 |

**Sulaiman Law Group, LTD.**  Page: 2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/19/2015 | MHH | Email OC. (0.25). | 0.25 | 450.00 | 112.50 |
| 7/6/2015 | MHH | Email OC. (0.25). | 0.25 | 450.00 | 112.50 |
| 7/20/2015 | MHH | Appear at and attend hearing at Dirksen. (1). | 1.00 | 450.00 | 450.00 |
| 8/13/2015 | DJM | DJM appeared at and attended hearing at Dirksen. (1). | 1.00 | 325.00 | 325.00 |
| 9/16/2015 | MHH | Appear at and attend hearing at Dirksen. (1). | 1.00 | 450.00 | 450.00 |
| 9/30/2015 | MHH | Appear at and attend hearing at Dirksen. (1). | 1.00 | 450.00 | 450.00 |

Sub-total Fees: 10,562.50

### Rate Summary

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Matt H. Hector | 22.75 hours at $ | 450.00/hr | 10,237.50 |
| Dan McGarry | 1.00 hours at $ | 325.00/hr | 325.00 |
| Total hours: | 23.75 | | |

Total Current Billing: 10,562.50
Previous Balance Due: 0.00
Total Payments: 0.00

**Total Now Due:** **10,562.50**