# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE VENTURA, | |
| Plaintiff, | 1:14-cv-08701 |
| v. | Honorable Virginia M. Kendall |
| SBS FINANCIAL SYSTEMS, INC. and YASHER & MORGAN, P.C., | |
| Defendants. | |

### DECLARATION OF MATTHEW H. HECTOR

Matthew H. Hector, being first duly sworn on oath, deposes and states as follows:

1. That I am the attorney for the Plaintiff in this matter.

2. I have read the Complaint filed in this action, know the contents thereof, and they are true to my knowledge.

3. That I have been admitted to the practice of law since 2004.

4. That I am admitted to practice within the State Courts of Illinois, the United States District Court for the Northern District of Illinois, the United States Court of Appeals for the Seventh Circuit, and am a member of the Federal Trial Bar.

5. That I have substantial experience in FDCPA litigation and collection defense litigation, which are the main focus of my practice.

6. That I have participated in over 215 FDCPA cases in Illinois.

7. That my current hourly rate is $450.00 for work that I do in federal court and state court, which is justified by my experience, the nature and complexity of the cases, and the relative risk involved in consumer cases.

8. The rate that I billed in non-contingency consumer protection cases is $450.00.

9. That the rate that I billed per hour in this case, $450.00, is consistent with that charged by Midwest attorneys practicing consumer law, as reported in the *United States Consumer Law Attorney Fee Survey Report 2010-2011, page 53,* for the Midwest area, said Report being available online at http://www.nclc.org/images/pdf/litigation/fee-survey-report-2010-2011.pdf.

12. Cases using the *US Consumer Law Attorney Fee Survey Report* when deciding attorney fee disputes in Consumer Law cases include the following: *Decker v. Transworld Systems, Inc.,* 2009 WL 2916819, N.D.Ill.,2009., September 01, 2009 (finding results in the 2007 United States Consumer Law Attorney Fee Survey Report to be supported by the Laffey Matrix"); *Vahidy v. Transworld Systems, Inc.,* 2009 WL 2916825, N.D.Ill.,2009., September 01, 2009 (finding results in the 2007 United States Consumer Law Attorney Fee Survey Report to be "supported by the Laffey Matrix").

13. That my hourly rate is further supported by the fact that I have substantial practice experience at both the trial and appellate levels, and that I have published extensively throughout my career. Attached to this declaration as Exhibit 1 is a true and correct copy of my resume and curriculum vitae.

15. The amount of hours I expended in this case is 4.0 hours, and I billed at the rate of $450.000 from the filing of this case to October 14, 2015.

17. The total amount due by Defendant is based upon the claims set forth in the Complaint and includes the following sums my law firm and I have expended and incurred in litigating this case, calculated pursuant to the lodestar formula:

- **$10,562.50 for reasonable attorney fees incurred in litigating this action;**

- **$400.00 in costs.**

18. That attached to Plaintiff's Motion for Attorney Fees and Costs as Exhibit A are correct copies of my time and billing records in this matter.

19. The amount of attorney fees sought in total by Plaintiff is **$10,562.50.**

20. The total amount of costs incurred and sought is **$400.00.**

21. These requested attorney fees and costs were reasonable and necessary to litigation in this case.

Pursuant to 28 U.S.C. § 1746(2), I, Matthew H. Hector, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: October 14, 2015

Respectfully Submitted,

s/ Matthew H. Hector
Matthew H. Hector ARDC#6283058
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
(630) 575-8181
*Counsel for Plaintiff*

Case: 1:14-cv-08701 Document #: 37-2 Filed: 10/28/15 Page 5 of 14 PageID #:202

# EXHIBIT 1

Case: 1:14-cv-08701 Document #: 37-2 Filed: 10/28/15 Page 5 of 14 PageID #:202

# Matthew H. Hector

900 Jorie Blvd., Suite 150                      Phone: (630) 575-8181
Oak Brook, IL 60523                              mhector@sulaimanlaw.com

**Bar Admissions:** Illinois, November 2004
Northern District of Illinois, 2010
Federal Trial Bar, Northern District of Illinois, 2014
U.S. Court of Appeals, Seventh Circuit, 2015

**Education:** **The John Marshall Law School, Chicago, IL**
*Juris Doctor cum laude,* June 2004
- GPA: 3.54 Class Rank: 32/249 (unable to get exit rank)
- Recipient of the John Marshall Distinguished Scholar Award
- JOHN MARSHALL LAW REVIEW, member, Staff Editor Fall 2003, Spring 2004
- Phi Alpha Delta, Marshall (officer August 2002 to May 2003), joined 2001

*Master of Laws in Information Technology & Privacy Law, with honors,* January 2007
- GPA: 3.82

**University of Alabama, Tuscaloosa, AL**
*Bachelor's of Arts with honors in English,* June 1998
*Bachelor's of Arts with honors in German,* June 1998
- GPA: 3.47

**Legal Experience:** **Sulaiman Law Group, Ltd., Oakbrook, IL**
*Senior Associate -- November 2009 to Present*
- Lead responsibility as primary research and complex drafting specialist.
- Lead responsibility state and federal appellate brief drafting and oral arguments
- Maintain and research a foreclosure defense legal blog.
- Manage and litigate a heavy case load in Illinois state courts and the Northern District of Illinois.
- Research, write and publish scholarly work related to primary practice areas.
- Develop and litigate Fair Debt Collection Practices Act cases.
- Develop and litigate adversary proceedings in bankruptcy cases.

**Solo Practitioner**
*November 2004 to December 2007*
- Focused on residential real estate closings, contract negotiation/review, underwriting title insurance, and clearing clouds on title
- Assisted IT clients with business development, licensing and consulting, including predictive analysis of trends in the IT industry and future regulation of the IT industry.
- Perform of counsel tasks for various firms, including legislative history/statutory analysis, case law research, legal drafting including motions, contracts, licenses, and petitions for certiorari.

**City of Chicago, Department of Law, Individual Defense Litigation Division**
*711 Law Clerk, August 2003 to May 2004*
- Research and draft motions for summary judgment in civil rights claims brought against Chicago police officers
- Research and draft memoranda involving various legal issues including excessive force, coerced confessions, and psychotherapist-patient privilege

**City of Chicago, Department of Law, Summer Law Clerk Program**
*Summer 711 Law Clerk, June 2003 to August 2003*
- Researched and assisted with the drafting of a proposed comprehensive information technology policy for the City
- Represented the Torts Division at Cook County Municipal Division arbitrations
- Represented the Department of Environment at Administrative Law hearings

**The John Marshall Law School Fair Housing Legal Clinic**
*Student Intern, January 2003 to June 2003*
- Performed intake interviews to determine whether a potential client had a fair housing claim
- Researched and wrote memoranda about potential clients and their claims
- Drafted affidavits and other documents for HUD Investigations
- Filed housing discrimination claims at HUD

**United States District Court for the Northern District of Illinois,**
**The Hon. Harry Leinenweber,** *Judicial Extern, January 2002 to May 2002*
- Researched, analyzed, and briefed various court documents, including motions, settlement conference briefs, and petitions to proceed in forma pauperis
- Drafted several oral opinions and one written order and opinion.

**Curriculum Vitae**

**PUBLICATIONS**

Publication of LawPulse column in the Illinois Bar Journal, August 2014 to October 2015 and ongoing.

"Cameras in the Cook County courts," Illinois Bar Journal, February 2015 LawPulse, p. 12.

"Grand juries in the spotlight," Illinois Bar Journal, February 2015 LawPulse, p. 12.

"Ignorance of the law—an excuse after all?" Illinois Bar Journal, February 2015 LawPulse, p. 12.

"A service tax on lawyers?" Illinois Bar Journal, February 2015 LawPulse, p. 12.

"Bills produce six-person (and better paid) juries and a new eavesdropping law," Illinois Bar Journal, January 2015 LawPulse, p. 10.

"Illinois bar examiners give breastfeeding moms extra time," Illinois Bar Journal, January 2015 LawPulse, p. 10.

"The right to go topless," Illinois Bar Journal, January 2015 LawPulse, p. 10.

"Work on Illinois standardized court forms continues," Illinois Bar Journal, January 2015 LawPulse, p. 10.

"7th Circuit case shakes up the creditor's bar," Illinois Bar Journal, December 2014 LawPulse, p. 566.

"E-filing comes to criminal court," Illinois Bar Journal, December 2014 LawPulse, p. 566.

"Expanding recording of custodial interrogation, improving eyewitness ID," Illinois Bar Journal, December 2014 LawPulse, p. 566.

"ISBA ethics opinion: lawyers may advise clients on medical marijuana," Illinois Bar Journal, December 2014 LawPulse, p. 566.

"Federal minimum wage and overtime protection extended to home care workers," Illinois Bar Journal, November 2014 LawPulse, p. 518.

"Stronger workplace right for pregnant women and new moms," Illinois Bar Journal, November 2014 LawPulse, p. 518.

"Your client got a Getty Images demand letter? Here's what to do," Illinois Bar Journal, November 2014 LawPulse, p. 518.

"The incredible, unciteable Rule 23 order." Illinois Bar Journal, October 2014 LawPulse, p. 466.

"New residential real estate contract incorporates common modifications," Illinois Bar Journal, October 2014 LawPulse, p. 466.

"Not-so-neighborly neighbors," Illinois Bar Journal, October 2014 LawPulse, p. 466.

"Tort legislation medley," Illinois Bar Journal, October 2014 LawPulse, p. 466.

"New Illinois law limits criminal history checks on job applicants," Illinois Bar Journal, September 2014 LawPulse, p. 418.

"Seventh circuit pilot program focuses on improving e-discovery," Illinois Bar Journal, September 2014 LawPulse, p. 418.

"E-discovery rule changes allow format choice, prevent abuse," Illinois Bar Journal, August 2014 LawPulse, p. 366.

"ACLU sues over reaction to fake mayoral twitter account," Illinois Bar Journal, August 2014 LawPulse, p. 366.


Consumer Defense: A Tactical Guide To Foreclosure, Bankruptcy, and Creditor Harassment: The Luxury of the Informed, M. Hector, A. Sulaiman, ISBN 1475267347 (September 27, 2012).

*Chicago Foreclosure Defense Blog*, Ongoing publications, available at http://www.sulaimanlaw.com/blog/ (last visited March 15, 2013)

*Chicago Foreclosure Lawyer Blog*, formerly available at http://www.chicagoforeclosurelawyerblog.com/ (last visited 10 December 2010)(no longer in use).

*The Twenty-Sixth Annual John Marshall International Moot Court Competition in Information Technology And Privacy Law October 18-20, 2007: Bench Memorandum*, Reis, Sorkin, Kelali, Diehl, Encinas, Hector, Spada, Tseng, Venkat, 25 J. Marshall J. Computer & Info. L. 305 (Spring 2008)(Contributing Author).

*Kevin Mitnick Knows Your Greatest Weakness*, American Bar Association Section of Technology for the Litigator, Gavels and Gears Winter 2006-07.

*Protecting Your Personal Privacy: A Self-Help Guide for Judges and Their Families*, Chicago Bar Association and The John Marshall Law School Center for Information Technology and Privacy Law, Leslie Ann Reis, editor and principal author (Contributing Author) Fall 2006.

*The Twenty-Fifth Annual John Marshall International Moot Court Competition in Information Technology And Privacy Law October 26-28, 2006: Bench Memorandum*, Sorkin, Benitez-Morgan, Carter, Greubel, Hector, Keaty, Rodriguez, 24 J. Marshall J. Computer & Info. L. 673 (Summer 2006)(Contributing Author).

*Contracts – A Brief Overview*, A Business & Legal Primer for Game Development, G. Boyd, B. Green, et. al., Charles River Media; 1 edition (November 30, 2006), ISBN 1584504927(Contributing Author).

*iMob*, The Escapist Magazine, available at: http://www.escapistmagazine.com/articles/view/issues/issue_56/336-iMob (last visited 15 December 2009).

*For The Children! A Critique of the Illinois Safe Game Act*, The Escapist Magazine, available at: http://www.escapistmagazine.com/articles/view/issues/issue_11/70-For-the-Children (last visited 15 December 2009).

Book Review, *Do We Really Have No Place to Hide?*, 24 John Marshall J. Computer & Info. L. 35 (Fall 2005).

Comment, *Privacy to Be Patched In Later - An Examination of the Decline of Privacy Rights*, 36 J. MARSHALL L. REV. 985 (Summer 2003).

## SPEAKING ENGAGEMENTS

October 28, 2012, Judge, The Twenty-Ninth Annual John Marshall International Moot Court Competition in Information Technology and Privacy Law, The John Marshall Law School.

October 28, 2011, Judge, The Twenty-Eighth Annual John Marshall International Moot Court Competition in Information Technology and Privacy Law, The John Marshall Law School.

October 6, 2011, Instructor, Chicago Bar Association Consumer Law Committee Meeting, Recent Developments in Defending Foreclosures/Securing Mortgage Loan Modifications.
October 28, 2010, Judge, The Twenty-Seventh Annual John Marshall International Moot Court Competition in Information Technology and Privacy Law, The John Marshall Law School.

September 14, 2010, Instructor, Chicago Bar Association Young Lawyers' Section, Real Estate Law Division, Continuing Legal Education Seminar, Residential Foreclosure Defense.

October 19, 2005, The Patriot Debates Webcast, sponsored by The National Strategy Forum and the Carthage Group, Pritzker Military Library, webcast no longer available at: www.pritzkermilitarylibrary.org/PatriotDebates/Patriot.jsp (last visited 15 December 2009).

## INTERVIEWS

Lasker, Adam, Lawpulse, *New Supreme Court Rules Promote Foreclosure Mediation*, Illinois Bar Journal, Volume 101, Number 4, Page 170 (April 2013) available at http://www.isba.org/ibj/2013/04/lawpulse/newsupremecourtrulespromoteforeclos (last visited May 21, 2013).

WGN-TV News, *How to Avoid Zombie Mortgages*, Air Date: April 15, 2013 available at http://wgntv.com/2013/04/15/how-to-avoid-zombie-mortgages/ (last visited May 21, 2013).

**HONORS AND AWARDS**

Super Lawyers, Illinois Rising Star, Consumer Law 2011
Super Lawyers, Illinois Rising Star, Consumer Law 2012
Super Lawyers, Illinois Rising Star, Consumer Law 2013
Super Lawyers, Illinois Rising Star, Consumer Law 2014
Super Lawyers, Illinois Rising Star, Consumer Law 2015
Super Lawyers, Illinois Rising Star, Consumer Law 2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE VENTURA, | |
| Plaintiff, | 1:14-cv-08701 |
| v. | Honorable Virginia M. Kendall |
| SBS FINANCIAL SYSTEMS, INC. and YASHER & MORGAN, P.C., | |
| Defendants. | |

## DECLARATION OF DANIEL J. MCGARRY

Daniel J. McGarry, being first duly sworn on oath, deposes and states as follows:

1. I am an attorney for the Plaintiff in this matter.

2. I have read the Complaint filed in this action, know the contents thereof, and they are true to the best of my knowledge.

3. That I have been admitted to the practice of law since 2012.

4. That I am admitted to practice within the State Courts of Illinois and the United States District Court for the Northern District of Illinois.

5. That I have substantial experience in FDCPA litigation and collection defense litigation, which are the main focus of my practice.

6. That I have participated in over 215 FDCPA cases in Illinois.

7. That my current hourly rate is $325.00 for work that I do in federal court and state court, which is justified by my experience, the nature and complexity of the cases, and the relative risk involved in consumer cases.

8. The rate that I billed in non-contingency consumer protection cases is $325.00.

9. That the rate that I billed per hour in this case, $325.00, is consistent with that charged by Midwest attorneys practicing consumer law, as reported in the *United States Consumer Law Attorney Fee Survey Report 2010-2011, page 53,* for the Midwest area, said Report being available online at http://www.nclc.org/images/pdf/litigation/fee-survey-report-2010-2011.pdf.

12. Cases using the *US Consumer Law Attorney Fee Survey Report* when deciding attorney fee disputes in Consumer Law cases include the following: *Decker v. Transworld Systems, Inc.*, 2009 WL 2916819, N.D.Ill.,2009., September 01, 2009 (finding results in the 2007 United States Consumer Law Attorney Fee Survey Report to be supported by the Laffey Matrix"); *Vahidy v. Transworld Systems, Inc.*, 2009 WL 2916825, N.D.Ill.,2009., September 01, 2009 (finding results in the 2007 United States Consumer Law Attorney Fee Survey Report to be "supported by the Laffey Matrix").

13. That my hourly rate is further supported by the fact that I have prevailed in obtaining settlement or judgment on behalf of my clients in over 90% of the cases that I have filed in the Northern District of Illinois, that have to date settled or been resolved.

15. The amount of hours I expended in this case is 1.0 hours, and I billed at the rate of $325.000 from the filing of this case to October 14, 2015.

17. The total amount due by Defendant is based upon the claims set forth in the Complaint and includes the following sums my law firm and I have expended and incurred in litigating this case, calculated pursuant to the lodestar formula:

- **$10,562.50 for reasonable attorney fees incurred in litigating this action;**
- $400.00 in costs.

18. Attached to Plaintiff's Motion for Attorney Fees and Costs as Exhibit A are correct copies of my time and billing records in this matter.

19. The amount of attorney fees sought in total by Plaintiff is **$10,562.50.**

20. The total amount of costs incurred and sought is **$400.00.**

21. These requested attorney fees and costs were reasonable and necessary to litigation in this case.

Pursuant to 28 U.S.C. §1746(2), I, Daniel J. McGarry, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: October 14, 2015

Respectfully Submitted,

s/ Daniel J. McGarry
Daniel J. McGarry ARDC#6309647
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
(630) 575-8181
*Counsel for Plaintiff*